**Order entered July 21, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00853-CV

## IN RE TSM DEVELOPMENT, LLC AND KUN W. YU, Relators

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11710**

## ORDER
Before Justices Lang-Miers, Evans, and Stoddart

Based on the Court's opinion of this date, we **DENY** relators' July 20, 2017 petition for

writ of mandamus. We **ORDER** relators to bear the costs, if any, of this original proceeding.


/s/     ELIZABETH LANG-MIERS
        JUSTICE